IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SRINIVAS PENUMELLA<br>　　　　　Plaintiff,<br>　　v.<br>THOMAS TAM TUONG PHAM<br>　　　　　Defendant. | CIVIL ACTION NO. 22-1197 |

## ORDER

**AND NOW**, this 28th day of December 2023, upon consideration of Plaintiff Srinivas Penumella's Motion for Default Judgment, Attorneys' Fees and Costs [Doc. No. 8], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1. Defendant Thomas Tam Tuong Pham shall pay to Plaintiff the amount of **$134,900**, which represents the principal amount owed under the parties' signed and executed Agreement and Promissory Note.[1]

2. Defendant shall pay to Plaintiff attorneys' fees and costs in the amount of **$14,479.21**, pursuant to the terms of the Agreement and Promissory Note.

3. Defendant shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing, pursuant to 28 U.S.C. § 1961, as of the date of this Default Judgment until the date of its satisfaction.

4. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] Compl., Ex. A [Doc. No. 1-1].